IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAVEN SHIVONNE EVANS, | ) | Case No: 1:25-bk-02419 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: August 15, 2025**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: October 15, 2025, at 9:30 a.m. in the Joint Hearing Courtroom, U.S. Customs House, 701 Broadway, Nashville, TN 37203 (Virtual Hearing if Allowed; See Court's Website for Details)**

### NOTICE OF MOTION OF TRUSTEE TO EMPLOY COUNSEL

Eva M. Lemeh, Chapter 7 Trustee, has asked the court for the following relief: permission of the Court to employ counsel.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before August 15, 2025, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584.

2. **Your response must state that the deadline for filing responses is August 15, 2025, the date of the scheduled hearing is October 15, 2025 and the motion to which you are responding is the Motion of Trustee to Employ Counsel.**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must also mail a copy of your response or objection to:

| | | |
|---|---|---|
| Eva M. Lemeh, Trustee | United States Trustee | Phillip G. Young, Jr. |
| 380 Spring Creek Rd. | 701 Broadway, Customs House Suite 318 | Thompson Burton PLLC |
| Lebanon, TN 37087 | Nashville, TN 37203 | One Franklin Park |
| | | 6100 Tower Circle, Suite 200 |
| | | Franklin, TN 37067 |

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: July 25, 2025

By: /s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, TN 37087
Tel: 615-876-4862
Fax: 615-691-7382
Elmtrustee61@gmail.com

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAVEN SHIVONNE EVANS, | ) | Case No: 1:25-bk-02419 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |

## APPLICATION OF TRUSTEE TO EMPLOY COUNSEL

Eva M. Lemeh, Chapter 7 Trustee herein (the "Trustee"), respectfully represents the following to the Court:

1. The Trustee was duly appointed as Trustee in this Chapter 7 bankruptcy case, has been duly qualified, and is now serving in said capacity.

2. The Trustee requests approval of the employment of Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Franklin, Tennessee 37067, to represent the Trustee as counsel in the above-captioned case, pursuant to 11 U.S.C. § 327(a).

3. Applicant anticipates that the services of Thompson Burton PLLC will consist of representation of the Trustee in assisting with evaluating and pursuing avoidance actions, and pursuing other assets and causes of action on behalf of the estate.

4. Applicant has selected Thompson Burton, PLLC as attorney in this matter because of their extensive experience and knowledge in the area of debtors' protection and creditors' rights, and in particular, bankruptcy litigation. Applicant believes that Thompson Burton is well qualified to perform the necessary legal services in connection with the pursuit and determination of these matters.

5. Thompson Burton PLLC has indicated its willingness to act on the Trustee's behalf. It is anticipated that Mr. Phillip G. Young, Jr. will be the primary professional performing work in this matter. Mr. Youngs's current billing rate is currently $575.00 per hour. Thompson Burton PLLC has other attorneys whose billing rate ranges between $225.00 - $575.00 per hour that might be asked to perform work. The rates reflected in this motion became effective January 1, 2025.

6. In addition to these fees, Applicant proposes to compensate Thompson Burton, for all out-of-pocket expenses, such as long distance telephone calls, photocopying charges, word processing copies, messenger service, travel expenses, filing fees, costs of subpoenas and depositions, publication fees, and other costs that may be required to advance on the estate's behalf in connection with this representation.

7. Neither Thompson Burton PLLC nor its lawyers have any conflict of interest in this representation as counsel. The Unsworn Declaration of Phillip G. Young, Jr. is attached

3

hereto as <u>Appendix A</u>. Thompson Burton PLLC's employment is in the best interest of the estate.

WHEREFORE, the Trustee respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: July 25, 2025.

                    Respectfully submitted,

                    <u>/s/ Eva M. Lemeh</u>
                    Eva M. Lemeh, Trustee
                    380 Spring Creek Road
                    Lebanon, Tennessee 37087
                    Telephone:    615-876-4862
                    Fax:             615-691-7382
                    Emltrustee61@gmail.com

                    Chapter 7 Trustee

# **APPENDIX A**

I VERIFY UNDER PENALTY OF PERJURY THAT THE STATEMENTS CONTAINED IN THE FOREGOING MOTION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, AND THAT NEITHER I NOR ANY MEMBER OF THE LAW FIRM OF THOMPSON BURTON PLLC, HAVE ANY CONNECTION WITH THE DEBTOR, THE CREDITORS, OR ANY OTHER PARTY IN INTEREST (OTHER THAN THE TRUSTEE), THEIR RESPECTIVE ATTORNEYS AND ACCOUNTANTS EXCEPT AS DISCLOSED BELOW:

None

*/s/ Phillip G. Young, Jr.*
Phillip G. Young, Jr.



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAVEN SHIVONNE EVANS, | ) | Case No: 1:25-bk-02419 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |

## ORDER TO EMPLOY COUNSEL

Upon consideration of the notice and motion of Eva M. Lemeh, Trustee, for authority to employ Thompson Burton PLLC as counsel in connection with the above-styled matter, and it appearing that all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And it appearing to the Court that employment of counsel in this matter is necessary;

It is hereby **ORDERED** that Eva M. Lemeh, Trustee, is authorized to employ Thompson Burton PLLC to represent her as counsel in the above-styled estate, pursuant to 11 U.S.C. § 327(a).

Counsel for the Trustee will make application to the Court for approval of all fees.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee
380 Spring Creek Road
Lebanon, Tennessee 37087
Telephone:    615-876-4862
Fax:              615-691-7382
emltrustee61@gmail.com

Chapter 7 Trustee

## Certificate of Service

The undersigned hereby certifies that a copy of the preceding Application was electronically filed and served via the Court's ECF system this 25th day of July, 2025:

/s/ Eva M. Lemeh
Eva M. Lemeh, Trustee

7

Case 1:25-bk-02419    Doc 28    Filed 07/25/25    Entered 07/25/25 20:08:25    Desc Main
Document    Page 7 of 7