Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 1:25−bk−02419
Chapter 7
Judge Nancy B King

In Re:
RAVEN SHIVONNE EVANS
203 CROSS VALLEY DR
COLUMBIA, TN 38401

Social Security No.
xxx−xx−0196

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Joint Hearing Courtroom (COL), (Virtual hearing if allowed, see website for details); 701 Broadway, Nashville, TN 37203 on 10/15/25 at 09:30 AM

to consider and act upon the following:

*47* − Notice of Breach of Trust and Motion for Removal of Fiduciary Authority. Filed on the behalf of: Debtor RAVEN SHIVONNE EVANS. (jtd)

Dated: 9/15/25                                      /s/ Vanessa A Lantin
                                                    Clerk, U.S. Bankruptcy Court