**SO ORDERED.**
**SIGNED 17th day of March, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Nancy B. King**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RAVEN SHIVONNE EVANS, | ) Case No: 1:25-bk-02419 |
| | ) Chapter 7 |
| Debtor. | ) Judge King |

### ORDER AND JUDGMENT GRANTING TRUSTEE'S EXPEDITED MOTION FOR TURNOVER UNDER 11 U.S.C. § 542

This matter came before the Court upon the _Trustee's Expedited Motion for Injunction and Turnover under 11 U.S.C. § 542_ (the "Motion"), which asked this Court to order Debtor Raven S. Evans to turn over the proceeds she received upon the sale of the estate property at 203 Cross Valley Drive, Columbia, TN 38401 (the "Property"). A hearing on the Motion occurred on March 17, 2026, at which Ms. Evans failed to appear after sufficient notice was sent to her.

It appearing that the relief requested is in the best interests of all parties in interest, and after due deliberation and sufficient cause existing, it is hereby ORDERED that:

A. Debtor shall immediately turn over to the Trustee the proceeds she received in the sale of the Property in the amount of $63,018.46.

1

B.  Debtor shall not spend, disburse, withdraw, or  otherwise dispose of those
proceeds to be turned over to the Trustee.

IT IS SO ORDERED.  Further, this Order acts as a FINAL JUDGMENT on this matter
in the amount of $63,018.46, for which execution may issue.

Submitted for Entry:

*/s/ Trent Meriwether*
Phillip G. Young, Jr.
Justin T. Campbell
Trent Meriwether
Thompson Burton PLLC
6100 Tower Circle, Ste. 200
Franklin, TN 37067
(615) 465-6008
phillip@thompsonburton.com
justin@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel for Chapter 7 Trustee*

2