

Party Search Results

**Search Criteria:** Party Search; Jurisdiction Type: [Bankruptcy]; Court ID: [06]; Case Status: [Open]; Last Name: [evans]; First Name: [raven]; Middle Name: [shivonne]
**Result Count:** 2 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| EVANS, RAVEN SHIVONNE (db) | 1:2025bk02419 | RAVEN SHIVONNE EVANS |
| EVANS, RAVEN SHIVONNE (dft) | 1:2025ap90105 | Lemeh and EVANS |

| **PACER Service Center** | 07/23/2026 11:51:16 |
|---|---|
| **User** | ThompsonBurton |
| **Client Code** | |
| **Description** | Bankruptcy Party Search |
| | All Courts; Name evans, raven shivonne; Jurisdiction BK; Court ID 06; Case Status O; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ                    Privacy & Security                    Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.